```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 12099
   ELVIDA GARCIA
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-8282
```

---
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/13/08 and confirmed on 09/04/08.

   2.  The case was dismissed after confirmation, 01/16/2009.

   3.  The Debtor paid a total of $     920.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| STERLING GROUP | SECURED VEHIC | 5079.78 | 108.40 | 760.73 |
| JUAN DIAZ | CHILD SUPPORT | NOT FILED | .00 | .00 |
| AFNI/ VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| ALPAT CO | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CHECK RECOVERY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| OBERWEIS DAIRY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CARDIOLOGY ASS OF NORTHE | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOODS | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET FURNITURE MART | UNSECURED | NOT FILED | .00 | .00 |
| JVDB & ASSOC | UNSECURED | NOT FILED | .00 | .00 |

```
SILVER CROSS HOSPITAL        UNSECURED       NOT FILED              .00         .00
PROVENA MERCY CENTER         UNSECURED       NOT FILED              .00         .00
MED BUSINESS BUREAU          UNSECURED       NOT FILED              .00         .00
NCO FINANCIAL SYSTEMS        UNSECURED       NOT FILED              .00         .00
NICOR GAS                    UNSECURED       NOT FILED              .00         .00
NICOR GAS                    UNSECURED       NOT FILED              .00         .00
NORTHWEST COLLECTORS         UNSECURED       NOT FILED              .00         .00
OSI COLLECTION SERVICES      UNSECURED       NOT FILED              .00         .00
PRAIRIE TRAIL CREDIT UNI     UNSECURED       NOT FILED              .00         .00
RESURGENT CAPITAL SERVIC     UNSECURED       NOT FILED              .00         .00
PORTFOLIO RECOVERY ASSOC     UNSECURED       NOT FILED              .00         .00
ZENITH ACQUISITION CORP      UNSECURED       NOT FILED              .00         .00
```

Summary of disbursements:

```
                     SECURED       PRIORITY      UNSECURED         OTHER         TOTAL
TOTAL CLMS ALLOWED   5079.78            .00            .00           .00       5079.78
PRINCIPAL PAID        760.73            .00            .00           .00        760.73
INTEREST PAID         108.40            .00            .00           .00        108.40
TOTAL PAID            869.13            .00            .00           .00        869.13
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $      .00 and was paid $     .00 .

The Trustee received $     50.87 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 03/12/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE


                                   PAGE   2
             CASE NO. 08 B 12099 ELVIDA GARCIA